IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED

2023 JAN 18 PM 2: 17

_Calvin orlandus Watkins_

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

_Tipton Co. Deputy Green 0413_
_Tipton Co Deputy Lawler K-9 unt_

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.    Previous Lawsuits
   A.  Have you begun other lawsuits in state or federal court dealing with the same facts
       involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more
       than one lawsuit, describe the additional lawsuits on another piece of paper, using
       the same outline.)

      1.  Parties to this previous lawsuit
          Plaintiffs:          N/A
                               N/A
          Defendants:          N/A
                               N/A

      2.  Court (if federal court, name the district; if state court, name the county):
          N/A

      3.  Docket Number:          N/A

      4.  Name of judge to whom case was assigned:    N/A

      5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still
          pending?)   N/A

      6.  Approximate date of filing lawsuit:    N/A

      7.  Approximate date of disposition:    N/A

-1-                                                              Revised 4/18/08

II.    Place of Present Confinement: _____ *None* _____

A. Is there a prisoner grievance procedure in the institution?

Yes ( )  No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( )  No (✓)

C. If your answer is Yes:

1. What steps did you take? _____ *N/A* _____

_____ *N/A* _____

2. What was the result? _____ *N/A* _____

_____ *N/A* _____

D. If your answer is No, explain why not: _____ *N/A* _____

_____ *N/A* _____

III.   Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff *Calvin Orlandus Watkins*

Address *5115 Atts St. Millington, TN 38053*

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant *Tipton County Sheriff's Deputy Green 0413* is employed as *a Deputy officer*

at *Tipton County Sheriff's Department.*

C. Additional Defendants: *Tipton County Sheriffs Deputy Lawler K-9 unit. Employee At the Tipton Co. Sheriffs Department.*

IV.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

I Calvin Watkins, was a passenger with Virginia Wilkerson as the driver. We were pulled over because of expired tags. Officers approached the car, and I didn't see a reason to hand my I.D. to Deputy Green, so I told him my name. He got a little tie and walked back to his car. 15 mins later he walked back up without a citation with his other Deputy, on the passenger side. He opened the driver door and told her (Virginia) to exit. She exited the vehicle, I also exited based on fear for my life. The Deputies stated they were conducting an open air sniff and that they needed no reason for doing it.

-2-                                                    Revised 4/18/08

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

I would like for the courts to address the issue regarding My arrest on the matter. I feel like our civil rights were violated during that illegal search on the side of the highway. I also would like the courts to address the issue with Deputy Green stating that they would beat me unconscious if I ever ran from them again." I would expect the courts to have them immediately drop the charges against me based on the severity of our nation's crisis regarding the traffic violation. This event transpired on Jan. 12, 2023 around 11:00 p.m. on highway 51

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this ___18___ day of ___January___, 20_23___.

_____
5115 pitts St.
Millington, TN 38053
(Signature of Plaintiff/Plaintiffs)

-3-

Revised 4/18/08